```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC #:
                                                DATE FILED: 11/13/2019
```

------------------------------------------------------------ X
MIGUEL SUAREZ-MARTINEZ, :
:
                     Petitioner, :
:       18-CV-897 (VEC)
       -against- :          15-CR-165
:
UNITED STATES OF AMERICA, :          ORDER
:
                   Respondent. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Government contacted chambers to request an adjournment of the conference scheduled for November 13, 2019, at 2:00 p.m.

IT IS HEREBY ORDERED that the conference is ADJOURNED to **November 21, 2019, at 3:00 p.m.**

**SO ORDERED.**

Date: November 13, 2019  
New York, NY

                                                    **VALERIE CAPRONI**  
                                                    **United States District Judge**