THE LAW OFFICES OF SEAN M. MAHER, PLLC

**MEMO ENDORSED**

November 18, 2019

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2019

     RE: *United States v. Suarez-Martinez,*
          **15 Cr. 165 (VEC)**

Dear Judge Caproni:

     I respectfully write to request that the conference currently scheduled for November 21, 2019 at 3:00 p.m. be adjourned until Monday, November, 25 at 3:00 p.m. The reason for this request is that I have a matter before the Hon. Sidney H. Stein involving numerous codefendants that has recently been scheduled for November 21 at 3:00 p.m., creating a scheduling conflict for me. I have relayed the proposed adjournment request to the government and have been informed by AUSA Andrew Adams that the government consents to my request.

                              Respectfully submitted,

                              /S/
                              Sean M. Maher
                              *Counsel for Mr. Suarez-Martinez*

cc:    All counsel via ECF

Application GRANTED.

SO ORDERED.

*[signature]* 11/18/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

233 BROADWAY, SUITE 820, NEW YORK, NEW YORK 10279
(212) 661-5333 • (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM