USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,

    -against-

MIGUEL SUAREZ-MARTINEZ,

                       Defendant.

------------------------------------------------------------- X

15-CR-165 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 22, 2021, the Court received by mail Defendant's motion for compassionate release, dated June 8, 2021;

IT IS HEREBY ORDERED that the Government must respond to Defendant's motion for compassionate release not later than **July 30, 2021**. In conjunction with its response, the Government must provide, under seal, a copy of Defendant's medical records for the previous 18 months and, filed on the public docket, copies of Defendant's educational and disciplinary records.

IT IS FURTHER ORDERED that Defendant may reply in further support of his motion not later than **August 20, 2021**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant at: Miguel Suarez-Martinez, Fed Reg. No. 72027-054, LSCI Allenwood, PO Box 1000, White Deer, PA 17887.

**SO ORDERED.**

Date: June 28, 2021
New York, New York

                                                                       **VALERIE CAPRONI**
                                                                       **United States District Judge**