

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*District of Hawai'i*

*PJKK Federal Building*　　　　　　*(808) 541-2850*
*300 Ala Moana Blvd., Room 6-100*　*FAX (808) 541-2958*
*Honolulu, Hawaii 96850*

January 11, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/22
```

By ECF

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

　　　　Re:　*United States v. Miguel Suarez-Martinez*, 15 Cr. 165 (VEC)

Dear Judge Caproni:

　　　　I have left the U.S. Attorney's Office for the Southern District of New York and am now employed at the U.S. Attorney's Office for the District of Hawaii. For that reason, I respectfully request that the Court terminate my appearance in this case and remove me from the docket.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　CLARE E. CONNORS
　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　District of Hawaii

　　　　　　　　　　　　　　　　　　　*/s/ Micah Smith*
　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　MICAH SMITH
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　District of Hawaii

cc:  Defense Counsel (by ECF and e-mail)

Application GRANTED. The Clerk of Court is respectfully directed to terminate Micah Smith as counsel for the Government.

SO ORDERED.

*[signature: Valerie Caproni]*   1/11/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE